IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Thomas, Deborah A | Case Number: 08 B 03087 |
| | Judge: Hollis, Pamela S |
| Printed: 6/3/08 | Filed: 2/12/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ocwen Federal Bank FSB | Secured | 62,156.57 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Unsecured | 0.00 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 327.83 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,320.67 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 8. | Ocwen Loan Servicing LLC | Secured | | No Claim Filed |
| 9. | City Of Chicago | Secured | | No Claim Filed |
| 10. | SBC | Unsecured | | No Claim Filed |
| 11. | Marian Catholic High School | Unsecured | | No Claim Filed |
| 12. | Providence Highschool | Unsecured | | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 14. | Ocwen Loan Servicing LLC | Unsecured | | No Claim Filed |
| | | | $ 63,805.07 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Thomas, Deborah A | Case Number: 08 B 03087 |
| | Judge: Hollis, Pamela S |
| Printed: 6/3/08 | Filed: 2/12/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

